# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00321 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On October 29, 2018, the parties filed a stipulation for Plaintiff to have an extension of time to file an opening brief. (Doc. 13) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

　　1.　　The request for an extension of time (Doc. 13) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file his opening brief on or before **November 28, 2018**.

IT IS SO ORDERED.

　Dated:　**November 5, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE