# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. HERNANDEZ, JR., | Case No.: 1:18-cv-0321 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 24) |
| Defendant. | |

Jose G. Hernandez, Jr., and the Commissioner of Social Security stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 21) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $4,300.00 are **AWARDED** to Jose G. Hernandez, Jr.

IT IS SO ORDERED.

Dated: **October 31, 2019**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE